FILED

2019 APR 24 AM 11: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

V.

Sau Hoong Lee

USMS# _____ DEFENDANT

CASE NUMBER: 1:19-CR:62

REPORT COMMENCING CRIMINAL ACTION

19 MJ01699

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4/24/19 @ 9:00  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   T:18 USC. 1028(a)(7), 1028(a)(4), 1028(A)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1952

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin Thompkins

10. Remarks (if any): _____

11. Name: SA Shervine D. Ebadi (please print)

12. Office Phone Number: 562-708-6314

13. Agency: FBI

14. Signature: [signature]

15. Date: 4/24/19

CR-64 (05/18)        REPORT COMMENCING CRIMINAL ACTION